UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

                      Plaintiff,                    21-CV-4598 (VSB)

        - against -                         **ORDER**

TCGPLAYER, INC.,

                      Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff commenced this action on May 21, 2021.  (Doc. 1.)  Since then, Defendant was granted three extensions of time to respond to Plaintiff's complaint.  (*See* Docs. 10, 12, 14.)  Most recently, on September 21, 2021, I granted Defendant an extension of "30 days to finalize the terms of settlement," as the parties represented they had reached a settlement in principal.  (Doc. 14.)  That time has since expired.  Accordingly, it is hereby

      ORDERED that, by no later than November 5, 2021, either Defendant shall file its answer or otherwise respond to Plaintiff's complaint, or the parties shall inform me that they have reached a settlement and that this action may be dismissed.

SO ORDERED.

Dated: October 27, 2021
      New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge